170 So.2d 865

### PITTMAN CONSTRUCTION COMPANY

v.

### HOUSING AUTHORITY OF NEW ORLEANS.

No. 47584.

Feb. 5, 1965.

170 So.2d 865

### Robert M. PAMPAS, individually and for the use and benefit of his minor son, Robert M. Pampas, Jr.

v.

### CAMBRIDGE MUTUAL FIRE INSURANCE COMPANY.

No. 47585.

Feb. 5, 1965.

170 So.2d 865

### PITTMAN CONSTRUCTION COMPANY

v.

### HOUSING AUTHORITY OF NEW ORLEANS.

No. 47586.

Feb. 5, 1965.

In re: E. F. Minyard, d/b/a Rockwool Insulation Company, and Fidelity & Deposit

Company of Maryland applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 169 So.2d 122.

Writ refused. There appears no error of law in the judgment of the Court of Appeal.